UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-14063-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MORRIS JONES, JR.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Chief Magistrate Judge Frank J. Lynch Jr, on May 3, 2017. A Report and Recommendation was filed on May 17, 2017, [ECF No. 34], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 34], of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts One and Two of the Indictment, which charges the Defendant in Count One with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); and in Count Two with possession with intent to distribute crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of May, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Chief Magistrate Judge Lynch, Jr.
All Counsel Of Record